Edward J. Maney, Trustee  
101 North First Ave., Suite 1775  
Phoenix, Arizona 85003  
Telephone (602) 277-3776  
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re: ) | CHAPTER 13 PROCEEDINGS |
| SHAWN GREGORY SEERY ) | |
| ) | CASE NO. B-12-26808-PHX |
| 15925 E LONESOME LANE ) | |
| ) | CHAPTER 13 TRUSTEE'S REPORT |
| GILBERT, AZ 85298 ) | OF ALLOWED CREDITOR CLAIMS |
| _____ ) | |

    Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Wells Fargo Dealer Services, Inc.<br>    P.O. Box 25341<br><br>    Santa Ana, CA  92799- | 01/28/2013 | $21188.38 | 5.25% | Secured |
| City of Mesa<br>    attn: bankruptcy collections<br>    P.O. Box 1878<br>    Mesa, AZ  85211-1878 | 12/24/2012 | $135.64 | 0% | Unsecured |
| Cavalry Investments, LLC<br>    Attn: Bankruptcy Department<br>    P.O. Box 27288<br>    Tempe, AZ  85282- | 12/24/2012 | $186.00 | 0% | Unsecured |
| Recovery Partners, LLC<br>    Bankruptcy Collections<br>    4151 N. Marshall Way, #12<br>    Scottsdale, AZ  85260- | 12/27/2012 | $477.40 | 0% | Unsecured |
| Emergency Physicians Southwest<br>    PO Box 635199<br><br>    Cincinnati, OH  45263-5199 | 01/14/2013 | $115.00 | 0% | Unsecured |
| RJM Acquisitions LLC<br>    575 Underhill Blvd., Suite 224<br><br>    Syosset, NY  11791- | 01/25/2013 | $2595.74 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA  23541- | 01/25/2013 | $22766.51 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA  23541- | 03/12/2013 | $15895.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA  23541- | 04/08/2013 | $10235.23 | 0% | Unsecured |
| Arizona Digestive Health<br>    Bankruptcy Collections<br>    Dept 971 P.O. Box 52001<br>    Phoenix, AZ  85072- | | $0.00 | 0% | Unsecured |
| Bank of America, NA<br>    NC4-105-03-14<br>    P.O. Box 26012<br>    Greensboro, NC  27420-6012 | | $0.00 | 0% | Unsecured |
| Capital One<br>    P.O. Box 30285<br>    Salt Lake City, UT  84130-0285 | | $0.00 | 0% | Unsecured |
| Carmichael & Powell, P.C.<br>    7301 N. 16th Street, Suite 103<br>    Phoenix, AZ  85020- | | $0.00 | 0% | Unsecured |
| Citi<br>    P.O. Box 6241<br>    Sioux Falls, SD  57117- | | $0.00 | 0% | Unsecured |
| Cox Communications<br>    1550 W. Deer Valley Road<br>    Phoenix, AZ  85027- | | $0.00 | 0% | Unsecured |
| Dean W. OConnor, Esq.<br>    2850 E. Camelback Road<br>    Suite #200<br>    Phoenix, AZ  85016- | | $0.00 | 0% | Unsecured |
| Healthcare Collections, Inc.<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 82910<br>    Phoenix, AZ  85071- | | $0.00 | 0% | Unsecured |
| Inland Imaging Associates PS<br>    attn: bankruptcy collections<br>    P.O. Box 2566<br>    Spokane, WA  99220-2586 | | $0.00 | 0% | Unsecured |
| LABORATORY CORPORATION OF AMERICA<br>    BANKRUPTCY COLLECTIONS<br>    P.O. Box 2240<br>    BURLINGTON, NC  27216-2240 | | $0.00 | 0% | Unsecured |
| LABORATORY CORPORATION OF AMERICA<br>    BANKRUPTCY COLLECTIONS<br>    P.O. Box 2240<br>    BURLINGTON, NC  27216-2240 | | $0.00 | 0% | Unsecured |
| LABORATORY CORPORATION OF AMERICA<br>    BANKRUPTCY COLLECTIONS<br>    P.O. Box 2240<br>    BURLINGTON, NC  27216-2240 | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| LABORATORY CORPORATION OF AMERICA<br>    BANKRUPTCY COLLECTIONS<br>    P.O. Box 2240<br>    BURLINGTON, NC  27216-2240 | | $0.00 | 0% | Unsecured |
| Recovery Partners, LLC<br>    Bankruptcy Collections<br>    4151 N. Marshall Way, #12<br>    Scottsdale, AZ  85260- | | $0.00 | 0% | Unsecured |
| Recovery Partners, LLC<br>    Bankruptcy Collections<br>    4151 N. Marshall Way, #12<br>    Scottsdale, AZ  85260- | | $0.00 | 0% | Unsecured |
| Recovery Partners, LLC<br>    Bankruptcy Collections<br>    4151 N. Marshall Way, #12<br>    Scottsdale, AZ  85260- | | $0.00 | 0% | Unsecured |
| Benjamin Joseph Wright, Esq.<br>    1418 N. Scottsdale Road<br>    Suite #222<br>    Scottsdale, AZ  85257- | | $1400.00 | 0% | Legal |
| Benjamin Joseph Wright, Esq.<br>    1418 N. Scottsdale Road<br>    Suite #222<br>    Scottsdale, AZ  85257- | | $3100.00 | 0% | Legal |

_____
Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776  Fax (602) 277-4103
Email: office@maney13trustee.com