In re     **Shawn Gregory Seery**                                                      ,          Case No.   **2:12-bk-26808-DPC**

                                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1821**<br><br>**Acs/jp Morgan Chase Ba**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | - | | **Opened 11/01/06 Last Active 11/16/12 Educational** | | | | 3,939.00 |
| Account No. **xxxxH002**<br><br>**Advanced Hearing Group**<br>**5202 E. Main Street, #105**<br>**Mesa, AZ 85205** | - | | | | | | 294.00 |
| Account No.<br><br>**Arizona Digestive Health**<br>**P.O. Box 52001**<br>**Phoenix, AZ 85072** | - | | | | | | 159.91 |
| Account No. **xxxxxx1464**<br><br>**Arizona-Inland Imaging P.S.**<br>**c/o Collection Service Bureau**<br>**2901 N. 78th Street**<br>**Scottsdale, AZ 85251** | - | | | | | | 30.50 |

**6** continuation sheets attached

Subtotal
(Total of this page) **4,423.41**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

S/N:41081-130418   Best Case Bankruptcy

In re **Shawn Gregory Seery** , Case No. **2:12-bk-26808-DPC**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9959**<br><br>**Bank Of America**<br>**Attention: Recovery Department**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | - | **Opened 6/01/03 Last Active 3/15/12**<br>**CreditCard** | | | | 22,766.00 |
| Account No. **xxxxxxxxxxxx1707**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-0314**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | | - | **Opened 3/01/07 Last Active 3/16/12**<br>**ChargeAccount** | | | | 7,855.00 |
| Account No. **xxxxxxxxxxxx8414**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | - | **Opened 8/01/03 Last Active 3/16/12**<br>**CreditCard** | | | | 15,895.00 |
| Account No. **xxxxxxxxxxxx1964**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | - | **Opened 9/01/04 Last Active 12/04/12**<br>**CreditCard** | | | | 2,307.00 |
| Account No. **x2087**<br><br>**Charles Peterson, MD**<br>**P.O. Box 2507**<br>**Mesa, AZ 85214** | | - | | | | | 202.87 |

Sheet no. **1** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **49,025.87**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Shawn Gregory Seery** , Case No. **2:12-bk-26808-DPC**
                                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9147**<br><br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 7/01/06 Last Active 9/21/12**<br>**CreditCard** | | | | 10,084.00 |
| Account No. **xxxxxxxxxxxx6653**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | - | **Opened 2/01/07 Last Active 11/09/12**<br>**CreditCard** | | | | 11,218.00 |
| Account No. **xxxxxx-xx5567**<br><br>**City of Mesa**<br>**P.O. Box 1878**<br>**Mesa, AZ 85211** | | - | | | | | 135.64 |
| Account No. **xxx xxxx xxxxx5503**<br><br>**Cox**<br>**1550 W. Deer Valley Road**<br>**Mail Stop DV1-07**<br>**Phoenix, AZ 85027** | | - | | | | | 158.46 |
| Account No. **xxxxx-xx000M**<br><br>**Dean O'Connor, PLLC**<br>**2850 E. Camelback Road, #200**<br>**Phoenix, AZ 85016** | | - | | | | | 8,294.61 |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **29,890.71**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re     **Shawn Gregory Seery**                              ,     Case No.   **2:12-bk-26808-DPC**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxxxxx0322**<br><br>**Dept Of Ed/sallie Mae**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | | - | **Opened  3/01/10  Last Active 11/16/12**<br>**Educational** | | | | **14,056.00** |
| Account No. **xxxxxxxxxxxxxxxxxx1221**<br><br>**Dept Of Ed/sallie Mae**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | | - | **Opened 12/01/01  Last Active 11/16/12**<br>**Educational** | | | | **3,234.00** |
| Account No. **xxxxxxxxxxxxxxxxxx0222**<br><br>**Dept Of Ed/sallie Mae**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | | - | **Opened  2/01/11  Last Active 11/16/12**<br>**Educational** | | | | **3,140.00** |
| Account No. **8534**<br><br>**Grand Canyon Anesthesiology**<br>**5110 N. 44th Street, #L200**<br>**Phoenix, AZ 85018** | | - | | | | | **608.00** |
| Account No. **xx4800**<br><br>**Hlthcare Col**<br>**Po Box 82910**<br>**Phoenix, AZ 85071** | | - | **Opened  3/01/12**<br>**CollectionAttorney Banner Gateway** | | | | **1,924.00** |

Sheet no. __**3**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **22,962.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re     **Shawn Gregory Seery**                             ,     Case No.   **2:12-bk-26808-DPC**
<br>                                           Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**HRRG**<br>**P.O. Box 189053**<br>**Fort Lauderdale, FL 33318** | - | | | | | | 115.00 |
| Account No. **xxxxxxxxxx9284**<br><br>**Hsbc Kawasaki**<br>**Attention: Bankruptcy**<br>**Po Box 5216**<br>**Carol Stream, IL 60197** | - | | **Opened 7/01/08 Last Active 12/04/12**<br>**ChargeAccount** | | | | 5,079.00 |
| Account No. **xxxx4790**<br><br>**Inland Imaging Associates**<br>**P.O Box 2566**<br>**Spokane, WA 99220** | - | | | | | | 29.67 |
| Account No. <br><br>**Interstate Construction Services, LLC**<br>**Stephen Durkee**<br>**44030 W. Stonecreek Road**<br>**Maricopa, AZ 85138** | - | | | | | | 4,000.00 |
| Account No. **xxxx2037**<br><br>**Laboratory Corporation**<br>**P.O. Box 2240**<br>**Burlington, NC 27216** | - | | | | | | 154.56 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     9,378.23

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Shawn Gregory Seery**                                                    ,     Case No.   **2:12-bk-26808-DPC**
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6182**<br><br>**Laboratory Corporation**<br>**P.O. Box 2240**<br>**Burlington, NC 27216** | - | | | | | | 268.26 |
| Account No. **xxxx5102**<br><br>**Laboratory Corporation**<br>**P.O. Box 2240**<br>**Burlington, NC 27216** | - | | | | | | 581.26 |
| Account No. **xxxx4057**<br><br>**Laboratory Corporation**<br>**P.O. Box 2240**<br>**Burlington, NC 27216** | - | | | | | | 499.75 |
| Account No. **xx9029**<br><br>**Mark Hoefer, MD**<br>**Arizona Digestive Health**<br>**P.O. Box 52001**<br>**Phoenix, AZ 85072** | - | | | | | | 477.40 |
| Account No. **xx9029**<br><br>**Pathology Laboratory**<br>**P.O.Box 52001**<br>**Phoenix, AZ 85072** | - | | | | | | 317.49 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **2,144.16**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re  **Shawn Gregory Seery**                                    ,      Case No.  **2:12-bk-26808-DPC**
                                                                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx9809**<br><br>Recovery Partners Llc<br>4151 N Marshall Wa<br>Scottsdale, AZ 85260 | | - | Opened  2/01/12<br>CollectionAttorney Arizona Digestive Health | | | | 317.00 |
| Account No. **xx9837**<br><br>Recovery Partners Llc<br>4151 N Marshall Wa<br>Scottsdale, AZ 85260 | | - | Opened  2/01/12<br>CollectionAttorney Arizona Digestive Health | | | | 110.00 |
| Account No. **xx9838**<br><br>Recovery Partners Llc<br>4151 N Marshall Wa<br>Scottsdale, AZ 85260 | | - | Opened  2/01/12<br>CollectionAttorney Arizona Digestive Health | | | | 25.00 |
| Account No. **xx9836**<br><br>Recovery Partners Llc<br>4151 N Marshall Wa<br>Scottsdale, AZ 85260 | | - | Opened  2/01/12<br>CollectionAttorney Arizona Digestive Health | | | | 25.00 |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 477.00 |
| Total (Report on Summary of Schedules) | 118,301.38 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com